**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN FALOR, | ) |
| | ) Case No. 2:11-cv-01456-LRH-GWF |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **FOR DISMISSAL** |
| GLOBAL EXPERIENCE SPECIALISTS, | ) |
| INC.; DOES I through V, and ROE | ) |
| CORPORATIONS I through V. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties'

respective counsel of record that this matter be dismissed with prejudice, with each

party to bear its own costs and attorney's fees.

FISHER & PHILLIPS LLP


By: /s/ Scott M. Mahoney, Esq.       By: /s/ Althea Gilkey, Esq.      
    Scott M. Mahoney, Esq.            Althea Gilkey, Esq.
    3800 Howard Hughes Pkwy #950    2980 South Rainbow Boulevard
    Las Vegas, NV. 89169             Las Vegas, NV 89146
    Attorneys for Defendant           Attorney for Plaintiff

IT IS SO ORDERED.
DATED this 27th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE